John H. Weston (SBN: 46146)
G. Randall Garrou (SBN: 74442)
Jerome H. Mooney (SBN: 199542)
Weston, Garrou, Walters & Mooney
12121 Wilshire Boulevards, Suite 900
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PHILIP TROY RIVERA, an individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF BISHOP, a municipal corporation; )<br>OFFICER GUTIERREZ, an individual; )<br>OFFICER NOVELLO, an individual; )<br>OFFICER GIUSEPPE, an individual; and )<br>DOES 1-10, inclusive, )<br>)<br>Defendants. ) | Case No: 1:09-CV-00606-OWW-BAK DLB<br><br>**STIPULATION AND ORDER TO CONTINUE DATE OF RULE 16 MANDATORY SCHEDULING CONFERENCE; ORDER**<br><br>**Current Hrg. Date: July 15, 2009<br>Time:   8:15 a.m.<br>Courtroom:  3 (7th Floor)**<br> **(Note date change to 8/20/09)** |

Pursuant to F.R.Civ.P. 16, the Court ordered a Mandatory Scheduling Conference to be held July 15, 2009 at 8:15 a.m. (Doc. 10.) Per the Court's Order, a Joint Scheduling Report must be prepared and filed one week prior to that date.

Due to an apparent electronic glitch, the Court's order of April 7, 2009 (Doc. 10), which changed the date of the previously scheduled Mandatory Scheduling Conference (Doc. 5), was not successfully delivered to any of the four electronic email addresses shown for plaintiff's counsel. Yesterday, and quite by chance, counsel for plaintiff noticed the changed Scheduling Order when reviewing the Court's docket for unrelated reasons. (This problem was reported to the Court's staff on June 22, 2009, when it was first discovered, and the Court's staff issued a new Notice of Electronic Filing on that same date, re-sending the prior Order.)

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Because plaintiff's counsel was previously unaware of the second (superseding) order, it
2  was not served on defendant along with the summons and complaint and, consequently, counsel
3  for defendant was unaware of the new date until today when so informed by plaintiff's counsel.

4  Unfortunately, the changed hearing date creates a conflict for counsel for *both* plaintiff *and*
5  defendant City, both of whom ask that the Court continue the conference date until the next
6  available date on the Court's calendar.  Upon jointly inquiring of the Court's clerk, the next
7  available date on the Court's calendar that is conflict-free is September 24, 2009, at 8:15 a.m.

8  Additionally, until yesterday, when plaintiff's counsel was served with a copy of defendant
9  City's Answer, counsel for plaintiff did not know who would be representing defendant City of
10  Bishop in this action.  This has delayed efforts by plaintiff to determine the identity of the three
11  partially named officer defendants, as well as any Doe defendants, none of whom have yet been
12  served or fully identified.  The requested continuance would allow counsel for plaintiff a
13  reasonable period of time, after conferring with counsel for defendant, to identify and accomplish
14  service upon these additional defendants.

15  Based on the foregoing, the parties stipulate and agree that, subject to the approval of the
16  Court, the Mandatory Scheduling Conference currently scheduled for July 15, 2009 at 8:15 a.m.,
17  should be rescheduled for September 24, 2009 at 8:15 a.m.

18  **IT IS SO STIPULATED**

19  Dated:  June 24, 2009                    John H. Weston
                                              G. Randall Garrou
20                                            Jerome H. Mooney, III
21                                            **Weston, Garrou, Walters & Mooney**

22                                            By:   /s/ G. Randall Garrou
                                                Attorneys for Plaintiff, Philip Troy Rivera
23

24  Dated:  June 24, 2009                    Scott C. Haith
                                              **Law Offices of Scott C. Haith**
25

26
                                              By:  _____
27                                                Scott C. Haith
                                              Attorney for Defendant City of Bishop
28

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference presently scheduled for July 15, 2009 at 8:15 a.m. is continued to August 20, 2009 at 8:15 a.m.

Dated: <u>June 25, 2009</u>

                                <u>/s/ OLIVER W. WANGER</u>
                                Hon. Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com