1   John H. Weston (SBN: 46146)
    G. Randall Garrou (SBN: 74442)
2   Jerome H. Mooney (SBN: 199542)
    Weston, Garrou, Walters & Mooney
3   12121 Wilshire Boulevards, Suite 900
    Los Angeles, California 90025-1176
4   Telephone: (310) 442-0072
5   Facsimile: (310) 442-0899

6   Attorneys for Plaintiff

7   Scott C. Haith (SBN: 71077)
8   Michael G. Evans (SBN 93804)
    Terri Brown (SBN
9   27240 W. Turnberry, Suite 200
    Valencia, CA 91355
10  Telephone: (661) 362-0744
11  Facsimile: (661) 362-0745

12  Attorneys for City of Bishop, Brent Gillespie,
    Mark Gutierrez and Dan Nolan
13

14              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
15                        FRESNO DIVISION

16  PHILIP TROY RIVERA, an individual    )   Case No: 1:09-cv-00606-OWW-BAK
                                         )
17              Plaintiff,               )   **JOINT STIPULATION REQUESTING**
                                         )   **CONTINUANCE OF RULE 16**
18        vs.                            )   **MANDATORY SCHEDULING**
                                         )   **CONFERENCE**
19                                       )
20  CITY OF BISHOP, et al.,              )   **Current Hrg Date: September 11, 2009**
                                         )   **Current Time: 8:15 am**
21              Defendants.              )
                                         )   **Proposed Date: September 25, 2009**
22                                       )   **Proposed Time: 8:15 am**
                                         )   **Location: Courtroom 3**
23  ─────────────────────────────────── )   **(PROPOSED ORDER UNDER**
24                                           **SEPARATE COVER)**

25      COME NOW above-named Plaintiff and Defendants, and stipulate and agree as follows:

26      WHEREAS, a Rule 16(f) Scheduling Conference is currently scheduled in this case for

27  September 11, 2009 at 8:15 a.m. in Courtroom 3 of the United States District Court for the Eastern

28  District of California, Fresno Division; and

1   WHEREAS, lead counsel for plaintiff is currently engaged in the middle of a significant

2   federal criminal trial in the matter of *United States v. Green,* CR 08-59-GW, before the Honorable

3   George H. Wu in the Central District of California; and

4   WHEREAS,.it was believed that the *Green* trial would finish by no later than August 21st;

5   and

6   WHEREAS, due to unanticipated circumstances, the *Green* trial starting date was

7   repeatedly set back and, it now appears that the trial not be completed until, at the earliest, the end

8   of next week (i.e., the week of the 14th of September, 2009), and

9   WHEREAS, plaintiff's trial counsel herein consequently will not be able to appear for the

10   Rule 16 Conference currently scheduled for this Friday, September 11th;

11   .   THEREFORE, and subject to the approval of the Court, the parties hereby stipulate to the

12   following:

13   That the Joint Scheduling Conference, presently scheduled for September 11, 2009 at 8:15

14   a.m. in Courtroom 3 of the United States District Court for the Eastern District of California,

15   Fresno Division, be re-scheduled in Courtroom 3 for September 25, 2009 at 8:15 a.m.

16   The parties have prepared a proposed Order under separate cover, attached as an exhibit to

17   this Stipulation.

18

19

20

21

22

23

24

25

26

27

28

PRG7409.DOC

2

Dated:  September 9, 2009

Respectfully submitted,

John H. Weston
G. Randall Garrou
Jerome H. Mooney, III
**Weston, Garrou, Walters & Mooney**

By:   /s/ G. Randall Garrou
       Attorneys for Plaintiff

Dated:  September 9, 2009

Respectfully submitted,

Scott C. Haith
**Law Offices of Scott C. Haith**

By:   /s/ Scott C. Haith
       Attorney for Defendant
       City of Bishop and individual defendants,
       Gillespie, Nolan and Gutierrez

It is so Ordered.  Dated: 9-9-09

United States District Judge