1  John H. Weston (SBN: 46146)
   G. Randall Garrou (SBN: 74442)
2  Jerome H. Mooney (SBN: 199542)
   Weston, Garrou, Walters & Mooney
3  12121 Wilshire Boulevards, Suite 900
4  Los Angeles, California 90025-1176
   Telephone: (310) 442-0072
5  Facsimile: (310) 442-0899

6  Attorneys for Plaintiff

7  Scott C. Haith (SBN: 71077)
8  Michael G. Evans (SBN 93804)
   Terri Brown (SBN
9  27240 W. Turnberry, Suite 200
   Valencia, CA 91355
10 Telephone: (661) 362-0744
   Facsimile:  (661) 362-0745
11

12 Attorneys for City of Bishop, Brent Gillespie,
   Mark Gutierrez and Dan Nolan
13

   FILED
   SEP 10 2009
   CLERK, U.S. DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
   BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| PHILIP TROY RIVERA, an individual | Case No: 1:09-cv-00606-OWW-BAK |
| Plaintiff, | **ORDER CONTINUING RULE 16 MANDATORY SCHEDULING CONFERENCE** |
| vs. | |
| CITY OF BISHOP, et al., | **Current Hrg Date:** September 11, 2009 **Current Time:** 8:15 am |
| Defendants. | **Proposed Date:** September 25, 2009 **Proposed Time:** 8:15 am **Location:** Courtroom 3 **Conference to be telephonic** |

~5220250.DOC

1 | The Court, having reviewed the Joint Stipulation Requesting Continuance of Rule 16
2 | Mandatory Scheduling Conference, and for good cause shown,
3 | HEREBY ORDERS THAT:
4 | The date and time for the hearing on the Joint Scheduling Conference is reset from
5 | September 11, 2009 at 8:15 a.m. in Courtroom 3 to September 25, 2009 at 8:15 a.m. in Courtroom
6 | 3. The parties may appear telephonically.

**IT IS SO ORDERED**

Dated: September **10**, 2009

_____
Honorable Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

~5220250.DOC

2