1  John H. Weston (SBN: 46146)
   G. Randall Garrou (SBN: 74442)
2  Jerome H. Mooney (SBN: 199542)
   Weston, Garrou, Walters & Mooney
3  12121 Wilshire Boulevards, Suite 900
4  Los Angeles, California 90025-1176
   Telephone: (310) 442-0072
5  Facsimile: (310) 442-0899

6  Attorneys for Plaintiff

7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 PHILIP TROY RIVERA, an individual      )   Case No: 1:09-cv-00606-OWW-BAK
                                          )
12           Plaintiff,                   )   **ORDER CONTINUING**
                                          )   **SETTLEMENT CONFERENCE**
13     vs.                                )
                                          )   **Doc. 40**
14 CITY OF BISHOP, a municipal corporation; )
   OFFICER GUTIERREZ, an individual;      )
15 OFFICER NOVELLO, an individual;        )
   OFFICER GIUSEPPE, an individual; and   )
16 DOES 1-10, inclusive,                  )
                                          )
17                                        )
             Defendants.                  )
18

19     Pursuant to the Stipulated Motion requesting continuance of the Settlement Conference, and

20 for good cause shown, HEREBY **ORDERS** that:  The date and time for the hearing on the

21 Mandatory Settlement Conference is reset from June 8, 2009 at 10:00 a.m. in Bakersfield, CA to

22 August 5, 2010 at 10:00 a.m. at the United States District Court, 1200 Truxtun Avenue, Suite 120,

23 Bakersfield, CA 93301.

24
25
26 IT IS SO ORDERED.
27
       Dated:   **April 15, 2010**              **/s/ Jennifer L. Thurston**
28                                              UNITED STATES MAGISTRATE JUDGE

1