1 | John H. Weston (SBN: 46146)
2 | G. Randall Garrou (SBN: 74442)
  | Jerome H. Mooney (SBN: 199542)
3 | Weston, Garrou & Mooney
  | 12121 Wilshire Boulevards, Suite 900
4 | Los Angeles, California 90025-1176
  | Telephone: (310) 442-0072
5 | Facsimile: (310) 442-0899

6 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| PHILIP TROY RIVERA, an individual | Case No: 1:09-cv-00606-OWW-JLT |
| Plaintiff, | |
| vs. | **ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |
| CITY OF BISHOP, a municipal corporation; OFFICER GUTIERREZ, an individual; OFFICER NOVELLO, an individual; OFFICER GIUSEPPE, an individual; and DOES 1-10, inclusive, | **Current Hearing Date: August 5, 2010**<br>**Current Time: 10:00 am**<br><br>**Proposed Date: September 27, 2010**<br>**Proposed Time: 9:00 am** |
| Defendants. | **Location: Ste 120, Bakersfield** |

Pursuant to the Stipulated Motion requesting continuance of the Settlement Conference, and for good cause shown, HEREBY **ORDERS** that: The date and time for the hearing on the Mandatory Settlement Conference is reset from August 5, 2010 at 10:00 a.m. in Bakersfield, CA to September 27, 2010 at **9:00 a.m.** at the United States District Court, 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301.

///

///

///

1

1    The parties are ordered to e-mail their confidential settlement conference statements no later
2 than September 20, 2010 to jltorders@caed.uscourts.gov.

8 IT IS SO ORDERED.

9    Dated:   **July 20, 2010**                              **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE