UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PHILIP TROY RIVERA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BISHOP, a municipal corporation; OFFICER GUTIERREZ, an individual; OFFICER NOVELLO, an individual; OFFICER GIUSEPPE, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:09-CV-00606-OWW-JLT<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Current Hearing Date: September 27, 2010<br>Current Time: 9:00 am<br><br>**New Date: October 13, 2010**<br>**Time: 9:00 am**<br>**Location: 1200 Truxtun Ave., #120, Bakersfield, CA**<br><br>(Doc. 44) |

Pursuant to the Stipulated Motion requesting continuance of the Settlement Conference (Doc. 44), and for good cause shown,

**THE COURT HEREBY ORDERS** that the date and time for the hearing on the Settlement Conference is reset from September 27, 2010, 9:00 a.m. in Bakersfield, CA to October 13, 2010, 9:00 a.m. at the United States District Court, 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated:   **September 20, 2010**                                   /s/ Jennifer L. Thurston
                                                                                   UNITED STATES MAGISTRATE JUDGE