John H. Weston (SBN: 46146)
G. Randall Garrou (SBN: 74442)
Jerome H. Mooney (SBN: 199542)
Weston, Garrou, Walters & Mooney
12121 Wilshire Boulevards, Suite 900
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PHILIP TROY RIVERA, an individual | Case No: 1:09-cv-00606-OWW-JLT |
| Plaintiff, | |
| vs. | **ORDER CONTINUING TRIAL AND OTHER DATES** |
| CITY OF BISHOP, a municipal corporation; OFFICER GUTIERREZ, an individual; OFFICER NOVELLO, an individual; OFFICER GIUSEPPE, an individual; and DOES 1-10, inclusive, | **Current Trial Date: February 8, 2011** |
| | **Proposed Date: June 1, 2011** |
| Defendants. | **Location: 2500 Tulare Street, Fresno, CA 93721** |

The Court, having reviewed the Stipulated Motion requesting continuance of the Trial and resetting of other dates, and for good cause shown,

HEREBY ORDERS THAT:

**Trial date,** The date and time for the Trial in this matter is continued from February 8, 2011 at 10:00 a.m. in Fresno, CA to June 1, 2011 at 9:00 a.m. at the United States District Court, 2500 Tulare Street, Fresno, CA 93721.

**Pre-trial.** The pretrial is set for April 18, 2011 at 11:00 a.m.

**Hearing on Motion for Summary Judgment.** The hearing on Defendants' Motion for Summary Judgment is continued to the 31st day of January 2011 at the time of 10:00 at the United

1

States District Court, 2500 Tulare Street, Fresno, CA 93721.   Plaintiff's response to Defendants' Motion for Summary Judgment shall be due on the 20th day of December 2010.  Any response of Defendant thereto is due on the 10th day of January 2011.

**Expert Witnesses.** The date for designation of Expert Witnesses shall be January 3, 2011. Expert witness depositions to be concluded by February 7, 2011.

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

Dated:   **November 16, 2010**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE