John H. Weston (SBN: 46146)
G. Randall Garrou (SBN: 74442)
Jerome H. Mooney (SBN: 199542)
Weston, Garrou, Walters & Mooney
12121 Wilshire Boulevards, Suite 900
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PHILIP TROY RIVERA, an individual <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BISHOP, a municipal corporation; OFFICER GUTIERREZ, an individual; OFFICER NOVELLO, an individual; OFFICER GIUSEPPE, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No: 1:09-cv-00606- OWW-JLT <br><br> **ORDER ENLARGING DATES FOR RESPONSE AND REPLY TO MOTION FOR SUMMARY JUDGMENT** <br><br> **Current Hearing:  January 31, 2011** <br> **Current Time: 10:00 am** <br><br> **Location: 2500 Tulare Street, Fresno, CA 93721** |

The Court, having reviewed the Stipulated Motion requesting enlargement of the dates for filing of the Plaintiff's Response to Defendants Motion for Summary Judgment and the Defendants' Reply , and for good cause shown,

HEREBY ORDERS THAT:

Plaintiff's Response to Defendants' Motion for Summary Judgment shall be due on the 30th day of December, 2010.  Defendants Reply shall be due on the 20th day of January, 2011.

///

///

1

IT IS SO ORDERED.

Dated: __**December 15, 2010**__  　　　　　　__**/s/ Oliver W. Wanger**__
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE