1 | John H. Weston (SBN: 46146)
G. Randall Garrou (SBN: 74442)
2 | Jerome H. Mooney (SBN: 199542)
Weston, Garrou, Walters & Mooney
3 | 12121 Wilshire Boulevards, Suite 900
Los Angeles, California 90025-1176
4 | Telephone: (310) 442-0072
5 | Facsimile: (310) 442-0899

6 | Attorneys for Plaintiff

7

8 | **IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
9 | **FRESNO DIVISION**

10

11 | PHILIP TROY RIVERA, an individual )
)          Case No: 1:09-cv-00606- OWW-JLT
12 |              Plaintiff,           )
)
13 |      vs.                         )   **ORDER CONTINUING HEARING ON**
)   **MOTION FOR SUMMARY**
14 |                                  )   **JUDGMENT**
CITY OF BISHOP, a municipal corporation; )
15 | OFFICER GUTIERREZ, an individual;  )   **Current Hearing:  January 31, 2011**
OFFICER NOVELLO, an individual;     )   **Current Time: 10:00 a.m.**
16 | OFFICER GIUSEPPE, an individual; and )
DOES 1-10, inclusive,              )   **Proposed Date:   April 4, 2011**
17 |                                  )   **Time:            10:00 a.m.**
)
18 |              Defendants.          )

19
**Location: 2500 Tulare Street, Fresno,**
20 | **CA 93721**

21

22 |        The Court, having reviewed the Stipulated Motion requesting continuation of the hearing on

23 | the Motion for Summary Judgment, and for good cause shown,

24 | HEREBY ORDERS THAT:

25 |        The hearing on Defendants' Motion for Summary Judgment is continued to the 4th day of

26 | April, 2011 at the hour of 10:00 a.m.

27

28

1

1

      Plaintiff's Response to Defendants' Motion for Summary Judgment shall be due on the 28th

2

day of February, 2011.  Defendants Reply shall be due on the 21st day of March, 2011.

3

4

IT IS SO ORDERED.

5

6

    Dated:    **December 21, 2010**                   **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28