John H. Weston (SBN: 46146)
G. Randall Garrou (SBN: 74442)
Jerome H. Mooney (SBN: 199542)
Weston, Garrou & Mooney
12121 Wilshire Boulevard, Suite 525
Los Angeles, California 90025-1176
Telephone: (310) 442-0072
Facsimile: (310) 442-0899

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| PHILIP TROY RIVERA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BISHOP, a municipal corporation; OFFICER GUTIERREZ, an individual; OFFICER NOVELLO, an individual; OFFICER GIUSEPPE, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 1:09-CV-00606-OWW-JLT <br><br> **ORDER OF DISMISSAL** |

On stipulation of the parties and good cause appearing, the above-captioned action is dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED.

Dated: __March 18, 2011__                  __/s/ Oliver W. Wanger__
                                            UNITED STATES DISTRICT JUDGE